UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KIMBERLY COEY,<br><br>                Plaintiff,<br><br>v.<br><br>RACINE COUNTY,<br><br>                Defendant. | Case No. 13-CV-1154-JPS<br><br>ORDER |

      The parties filed a joint motion to continue this matter on September 8, 2014. (Docket #49). In it, they note "substantial progress" towards settlement, and thus request additional time to finalize the negotiations and obtain formal approval of the settlement proposal at two successive county meetings. *Id.* The Court will grant the parties' joint motion and continue this matter; the parties shall report the status of the settlement negotiation to this Court on or before September 24, 2014.

      Accordingly,

      IT IS ORDERED that the plaintiff's and defendant's joint motion to continue this matter (Docket #49) be and the same is hereby GRANTED; the parties shall report the status of the settlement negotiation to this Court on or before September 24, 2014.

      Dated at Milwaukee, Wisconsin, this 10th day of September, 2014.

                                              BY THE COURT:

                                              J.P. Stadtmueller
                                              U.S. District Judge